UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KLAUSNER TECHNOLOGIES, INC., a
New York Corporation, and

IPVX PATENT HOLDINGS, INC., a
Delaware corporation,

        Plaintiffs,

      v.                                  Case No. 1:12-cv-01537-SEB-DKL

INTERACTIVE INTELLIGENCE GROUP,    **JURY TRIAL DEMANDED**
INC., an Indiana corporation,

        Defendant.

## AGREED ORDER DISMISSAL WITH PREJUDICE

Before the Court is the Agreed Motion to Dismiss with Prejudice brought by IPVX Patent Holdings, Inc. ("IPVX"), Klausner Technologies, Inc. ("Klausner") and Interactive Intelligence Group, Inc. ("Interactive"). After considering this Motion, the Court finds it is well-taken and should be approved. Accordingly, the Agreed Motion to Dismiss with Prejudice is hereby GRANTED in its entirety.

Accordingly, IT IS ORDERED that the parties hereby agree and stipulate on the terms and conditions of the Settlement Agreement as follows:

    1.    This Court has personal jurisdiction over the parties.

    2.    Venue is proper in this District.

    3.    All claims in this action as between Klausner, IPVX and Interactive are dismissed with prejudice.

4. Each party shall bear its own respective costs and attorney's fees in connection with this case.

Date: 07/10/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel
of record